IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON RAY CLARK, an individual person,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE CO., a foreign corporation,<br><br>Defendant. | Case No. 6:16-cv-02380-MK<br><br>ORDER |

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 62), and the matter is now before this Court on Defendant's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 62) is adopted in full. Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Judgment is DENIED as moot.

IT IS SO ORDERED.

1 –ORDER

DATED this 2nd day of May, 2019.

                                                s/Michael J. McShane
                                                   Michael McShane
                                             United States District Judge